United States Courts
Southern District of Texas
FILED

JUN 1 3 2007

Michael N. Milby, Clerk of Court

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF TEXAS

HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL No. H-07-246 |
| VANESSA OVIEDO | § § | |

## INDICTMENT

THE GRAND JURY CHARGES THAT:

### Count One

On or about the 24th day of December, 2005, in the Houston Division of the Southern District of Texas, the defendant,

VANESSA OVIEDO,

by means and use of an instrument of commerce, that is, by cellular telephone, did knowingly and maliciously convey false information, concerning an attempt and alleged attempt to unlawfully damage and destroy personal property and kill individuals by means of fire and explosives, knowing that said information was false, to-wit; that there were twenty bombs in Total Petrochemical's polypropylene manufacturing plant located at 1818 Battleground Road, LaPorte, Texas, and that

everyone was going to die, when in truth and fact, as the defendant well knew, there were no bombs.

In violation of Title 18, United States Code, Section 844(e).

**Original Signature on File**

———————————————
FOREPERSON OF THE GRAND JURY

Approved:

DONALD J. DeGABRIELLE, JR.
United States Attorney

By: ———————————————
GARY L. COBE
Assistant United States Attorney
(713) 567-9386