USA-74-24B
(Rev. 05/01)

CRIMINAL DOCKET

**H 07 -246**
No

HOUSTON DIVISION

USAO Number: 2006R00176

Magistrate Number:

CRIMINAL INDICTMENT

United States Courts
Southern District of Texas
FILED

JUN 1 3 2007

Filed _____ Michael N. Milby, Clerk of Court

Judge: Ellison

ATTORNEYS:

UNITED STATES of AMERICA
VS.

DONALD J. DeGABRIELLE, JR., USA    (713) 567-9000

GARY L. COBE, AUSA    (713) 567-9386

| | Appt'd | Private |
|---|---|---|
| VANESSA OVIEDO | | |

CHARGE:
(TOTAL)
(COUNTS:)
( 1 )

Ct. 1: Making a Telephonic Bomb Threat [18 USC § 844(e)]

PENALTY: Ct. 1: Up to 10 yrs. and/or $250,000 fine; 3 yrs. SRT; $100 SA

In Jail

On Bond

✔ No Arrest

NAME & ADDRESS
of Surety:

PROCEEDINGS: